# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 14, 2026

Ms. Kirti Datla
Earthjustice Legal Defense Fund
1250 I Street, N.W.
4th Floor
Washington, DC 20005

No. 26-60806 NAACP v. X.AI
USDC No. 3:26-CV-74

Dear Counsel:

Please be advised that the court has requested a response to Movant's motion for a stay of district court proceedings to be filed in this office on or before October 16, 2026.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: ______________________________
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc: Mr. Andrew M. Darlington
Mr. Benjamin Grillot
Mr. Jeremy Charles Marwell
Mr. Carroll E. Rhodes
Mr. John Houston Shaner
Mr. Robert N. Stander
Mr. Scott G. Stewart