# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 19, 2026
Thomas B. Plunkett, III
Clerk

No. 26-60806

National Association for the Advancement of Colored People; Mississippi State Conference of the National Association for the Advancement of Colored People,

*Plaintiffs—Appellees*,

United States of America, *acting on behalf of Lee M. Zeldin as Administrator of* the U.S. Environmental Protection Agency,

*Movant—Appellant*,

*versus*

X.AI Corporation; MZX Tech, L.L.C.,

*Defendants*.

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:26-CV-74

UNPUBLISHED ORDER

Before Stewart, Richman, and Haynes, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Movant's opposed motion for a stay of the district court proceedings pending appeal is only currently and temporarily

DENIED since the district court has not fully determined this issue. If the district court does not allow the United States to participate in a preliminary injunction, then this motion can be refiled.

IT IS FURTHER ORDERED that the motion of X.AI Corp. and MZX Tech, L.L.C., to file amici brief in support of Movant's motion for stay is GRANTED.

IT IS FURTHER ORDERED that the motion of State of Mississippi to file amici brief in support of Movant's motion for stay is GRANTED.