# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 19, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-60806 NAACP v. X.AI
USDC No. 3:26-CV-74

Enclosed is an order entered in this case.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Roeshawn Johnson
Roeshawn Johnson, Deputy Clerk
504-310-7998

Mr. Andrew M. Darlington
Ms. Kirti Datla
Ms. Brianne Jenna Gorod
Mr. Benjamin Grillot
Mr. Jeremy Charles Marwell
Mr. Daniel B. McHugh
Mr. Carroll E. Rhodes
Mr. John Houston Shaner
Mr. Robert N. Stander
Mr. Scott G. Stewart