# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 19, 2026
Thomas B. Plunkett, III
Clerk

No. 26-60806

National Association for the Advancement of Colored People; Mississippi State Conference of the National Association for the Advancement of Colored People,

*Plaintiffs—Appellees*,

United States of America, *acting on behalf of Lee M. Zeldin as Administrator of* the U.S. Environmental Protection Agency,

*Movant—Appellant*,

*versus*

X.AI Corporation; MZX Tech, L.L.C.,

*Defendants*.

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:26-CV-74

ORDER:

IT IS ORDERED that the motion of Constitutional Accountability Center to file amici brief is GRANTED.

*/s/ Catharina Haynes*
Catharina Haynes
*United States Circuit Judge*