No. 26-60806

---

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

NAACP, *et al.*,
*Plaintiffs/Appellees*,

*and*

UNITED STATES OF AMERICA, acting on behalf of Lee M. Zeldin as Administrator of the U.S. Environmental Protection Agency,
*Movant-Appellant*,

v.

X.AI CORP., *et al.*,
*Defendants*.

---

Appeal from the United States District Court for the Northern District of Mississippi, No. 3:26-cv-00074 (Hon. Debra M. Brown)

---

**STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42**

---

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties, through their undersigned counsel, stipulate to dismiss this appeal, with each party to bear its own costs. No outstanding fees are due to this Court.

Respectfully submitted,

/s/ John Houston Shaner
JOHN HOUSTON SHANER
*Attorney*
Energy and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(202) 532-3156
john.shaner@usdoj.gov
*Counsel for the United States of America*

/s/ Kirti Datla
Kirti Datla
EARTHJUSTICE
1250 I Street N.W., Floor 4
Washington, DC 20005
(202) 797-5241
kdatla@earthjustice.org
*Counsel for Plaintiffs-Appellees*

October 30, 2026
DJ # 90-5-2-1-13350